## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Harley Chapman, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Bullrock, LLC, ) <br> ) <br> Defendant. ) | **ORDER FOR STATUS CONFERENCE** <br><br> Case No.: 1:19-cv-141 |

**IT IS ORDERED**:

The court shall hold a status conference by telephone before the magistrate judge on June 11, 2020, at 1:30 PM (CST). To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 8th day of June, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court

1