# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Harley Chapman, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Plaintiff(s), | | |
| vs. | | |
| Bullrock, LLC, | | Case No. 1:19-cv-141 |
| Defendant(s). | | |

The court held a status conference with the parties in the above-captioned action by telephone on June 11, 2020. Pursuant to its discussion with the parties, the court **ORDERS**:

1. The final pretrial conference set for July 7, 2020, at 9:00 a.m. shall be rescheduled for November 12, 2020, at 9:30 AM. To participate, counsel should dial (877) 810-9415 and enter access code 8992581.

2. The jury trial set for July 20, 2020, shall be rescheduled for December 1, 2020, at 9:00 a.m. in Bismarck (Courtroom #2) (3 days).

Dated this 11th day of June, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court