# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Harley Chapman, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | Case No. 1:19-cv-141 |
| Bullrock, LLC, | ) ) | |
| Defendant. | ) | |

On January 15, 2021, the parties file a Stipulation for Dismissal. The court **ADOPTS** the parties' stipulation (Doc. No. 21) and **ORDERS** that the above-entitled action be dismissed with prejudice and without any further award of costs, disbursements, or attorney's fees to any party.

**IT IS SO ORDERED.**

Dated this 19th day of January, 2021.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court